In the Matter of the Estate of WILLIAM D. HOWE, Deceased. ELIZABETH S. RUTHERFURD et al., as Executors of WILLIAM D. HOWE, Deceased, Appellants; STATE TAX COMMISSION, Respondent.—

MacCrate, Beldock and Murphy, JJ., concur; Nolan, P. J., and Ughetta, J., dissent and vote to reverse on authority of *Harris* v. *Commissioner* (340 U. S. 106); *Commissioner of Internal Revenue* v. *Watson's Estate* (216 F. 2d 941); *Commissioner of Internal Revenue* v. *Maresi* (156 F. 2d 929), and *McMurtry* v. *Commissioner of Internal Revenue* (203 F. 2d 659). [207 Misc. 972.]